

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2018

No. 04-16-00559-CR

Stanley Foster **BAKER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1755-CR-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The Pro se's Motion for Extension of Time to File a Motion for rehearing or En Banc Reconsideration is hereby GRANTED. Time is extended to May 5, 2018.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2018.

KEITH E. HOTTLE,
Clerk of Court